# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **HOLLY PIERCEALL** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) Case No. 2:18-cv-02684- |
| | )           KHV-GEB |
| | ) |
| **ESOLUTIONS, INC. AND** | ) |
| **DAVID VOORHEES** | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW, on this 23rd day of September, 2019, Plaintiff Holly Pierceall, appearing by and through her counsel of record, Reavey Law LLC, and Defendants eSolutions, Inc. and David Voorhees appearing by and through their counsel of record, Seyferth Blumenthal & Harris LLC, hereby notify the Court that this case should be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), each party to bear her or its own costs, expenses, and attorney's fees.

| | |
|---|---|
| REAVEY LAW LLC | Seyferth Blumental & Harris LLC |
| 1600 Genessee, Suite 303 | 4801 Main Street, Suite 310 |
| Kansas City, MO 64102 | Kansas City, MO 64112 |
| Telephone:    816-474-6300 | Telephone: 816-756-0700 |
| Facsimile:    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 | Facsimile: 816-756-3700 |
| | |
| By /s/Kevin C. Koc | By /s/Michael L. Blumenthal |
| Kevin C. Koc | Michael L. Blumenthal |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |